## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| PAUL BUMPAS and FRED VAN NOY, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) Case No. 4:24-CV-01047-MTS |
| | ) |
| MISSOURI HOUSING DEVELOPMENT | ) |
| COMMISSION, *et.al.* | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' ANSWER TO PLAINTIFFS' 
## FIRST AMENDED COMPLAINT

Defendants Missouri Housing Development Commission (MHDC), Kip Stetzler, and Steve Whitson submit the following as their answer to Plaintiffs' First Amended Complaint – Class Action (Doc. 34). Unless otherwise noted, paragraph references are to the numbered paragraph of the First Amended Complaint.

The statements in the unnumbered opening two paragraphs under the heading **CLASS ACTION COMPLAINT** are conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## INTRODUCTION

1.    Defendants deny the allegations in paragraph 1.

2.      Defendants admit that its software system tracked responses to race and ethnicity identification. Defendant deny all remaining allegations in paragraph 2.

3.      Defendants deny the allegations in the first and last sentences of paragraph 3. Defendants lack sufficient information to admit or deny the remaining allegations of paragraph 3, and on that basis deny them.

4.      Paragraph 4 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

5.      Paragraph 5 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

6.      Paragraph 6 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

### JURISDICTION & VENUE

7.      Defendants admit the allegations in paragraph 7.

8.      Defendants admit the allegations in paragraph 8.

9.      Defendants deny the allegations in paragraph 9.

### PARTIES

10.     Defendants lack sufficient information to admit or deny the allegations of paragraph 10.

11.    Defendants lack sufficient information to admit or deny the allegations of paragraph 11.

12.    Defendants lack sufficient information to admit or deny the allegations of paragraph 12.

13.    Defendants lack sufficient information to admit or deny the allegations of paragraph 13.

14.    Defendants lack sufficient information to admit or deny the allegations of paragraph 14.

15.    Defendants lack sufficient information to admit or deny the allegations of paragraph 15.

16.    Defendants admit the allegations in paragraph 16.

17.    Defendant Mike Parson was dismissed from this action.

18.    Defendant Mike Kehoe was dismissed from this action.

19.    Defendant Vivek Malek was dismissed from this action.

20.    Defendant Andrew Bailey was dismissed from this action.

21.    Defendant Danny P. Chadakhtzian was dismissed from this action.

22.    Defendant Mark Elliff was dismissed from this action.

23.    Defendant Tracey S.C. Lewis was dismissed from this action.

24.    Defendant Rick McDowell was dismissed from this action.

25.    Defendant Stephen J. Parshall was dismissed from this action.

26.    Defendant Tameka Randle was dismissed from this action.

27.    Defendants admit the allegations in paragraph 27.

3

28.    Defendants admit the allegations in paragraph 28.

## LEGAL FRAMEWORK

29.    Paragraph 29 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

30.    Paragraph 30 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

31.    Paragraph 31 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

32.    Paragraph 32 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

33.    Paragraph 33 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

34.    Paragraph 34 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

35.    Paragraph 35 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## FACTUAL ALLEGATIONS

### I.    MHDC's Discriminatory Homeowner Assistance Fund Program

#### A. American Rescue Plan Act's Homeowner Assistance Fund

36.    Paragraph 36 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

37.     Paragraph 37 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

38.     Paragraph 38 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

39.     Paragraph 39 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

**B. U.S. Department of the Treasury's Guidance and the Definition of Socially Disadvantaged Individuals**

40.     Paragraph 40 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

41.     Paragraph 41 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

42.     Paragraph 42 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

43.     Paragraph 43 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

44.     Paragraph 44 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

45.     Paragraph 45 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

46.     Paragraph 46 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

47.    Paragraph 47 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

**C. Missouri's State Assistance for Housing Relief for Homeowners Program**

48.    Paragraph 48 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

49.    Defendants admit the allegations in paragraph 49.

50.    Paragraph 50 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

51.    Paragraph 51 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

**D. MHDC Considered Race When Developing, Marketing, and Administering Its State Assistance for Housing Relief for Homeowners Program**

52.    Paragraph 52 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

53.    Paragraph 53 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

54.    Paragraph 54 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

55.    Paragraph 55 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

56.    Paragraph 56 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

57.    Paragraph 57 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

58.    Paragraph 58 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

59.    Paragraph 59 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

60.     Paragraph 60 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

61.     Paragraph 61 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

62.     Paragraph 62 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

63.     Paragraph 63 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## II. Effect of MHDC's Racial Discrimination on Plaintiffs

64.     Paragraph 64 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

### A. Plaintiff Paul Bumpas

65.     Defendants lack sufficient information to admit or deny the allegations of paragraph 65.

66.     Defendants lack sufficient information to admit or deny the allegations of paragraph 66.

67.    Defendants lack sufficient information to admit or deny the allegations of paragraph 67.

68.    Defendants lack sufficient information to admit or deny the allegations of paragraph 68.

69.    Defendants lack sufficient information to admit or deny the allegations of paragraph 69.

70.    Defendants lack sufficient information to admit or deny the allegations of paragraph 70.

71.    Defendants lack sufficient information to admit or deny the allegations of paragraph 71.

72.    Defendants lack sufficient information to admit or deny the allegations of paragraph 72.

73.    Defendants lack sufficient information to admit or deny the allegations of paragraph 73.

74.    Defendants lack sufficient information to admit or deny the allegations of paragraph 74.

75.    Defendants deny the allegations in paragraph 75.

76.    Defendants lack sufficient information to admit or deny the allegations of paragraph 76.

77.    Paragraph 77 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

**B. Plaintiff Fred Van Noy**

78.    Defendants lack sufficient information to admit or deny the allegations of paragraph 78.

79.    Defendants lack sufficient information to admit or deny the allegations of paragraph 79.

80.    Defendants lack sufficient information to admit or deny the allegations of paragraph 80.

81.    Defendants lack sufficient information to admit or deny the allegations of paragraph 81.

82.    Defendants lack sufficient information to admit or deny the allegations of paragraph 82.

83.    Defendants lack sufficient information to admit or deny the allegations of paragraph 83.

84.    Defendants lack sufficient information to admit or deny the allegations of paragraph 84.

85.    Paragraph 85 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

86.    Defendants lack sufficient information to admit or deny the allegations of paragraph 86.

87.     Paragraph 87 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

88.     Defendants deny the allegations in paragraph 88.

89.     Paragraph 89 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

90.     Defendants lack sufficient information to admit or deny the allegations of paragraph 90, and on that basis deny them.

91.     Paragraph 91 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

**C. Plaintiffs William and Dorothy Routh**

92.     Defendants lack sufficient information to admit or deny the allegations of paragraph 92.

93.     Defendants lack sufficient information to admit or deny the allegations of paragraph 93.

94.     Defendants lack sufficient information to admit or deny the allegations of paragraph 94.

95.     Defendants lack sufficient information to admit or deny the allegations of paragraph 95.

96.    Defendants lack sufficient information to admit or deny the allegations of paragraph 96.

97.    Defendants lack sufficient information to admit or deny the allegations of paragraph 97.

98.    Defendants lack sufficient information to admit or deny the allegations of paragraph 98.

99.    Defendants lack sufficient information to admit or deny the allegations of paragraph 99.

100.    Paragraph 100 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

101.    Paragraph 101 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

102.    Paragraph 102 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

103.    Defendants lack sufficient information to admit or deny the allegations of paragraph 103.

104.    Paragraph 104 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

### D. Plaintiff Holly Barton

105.    Defendants lack sufficient information to admit or deny the allegations of paragraph 105.

106.    Defendants lack sufficient information to admit or deny the allegations of paragraph 106.

107.    Defendants lack sufficient information to admit or deny the allegations of paragraph 107.

108.    Defendants lack sufficient information to admit or deny the allegations of paragraph 108.

109.    Defendants lack sufficient information to admit or deny the allegations of paragraph 109.

110.    Defendants lack sufficient information to admit or deny the allegations of paragraph 110.

111.    Defendants lack sufficient information to admit or deny the allegations of paragraph 111.

112.    Paragraph 112 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

113.    Defendants lack sufficient information to admit or deny the allegations of paragraph 113, and on that basis deny them.

114.    Paragraph 114 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

115.    Defendants lack sufficient information to admit or deny the allegations of paragraph 115, and on that basis deny them.

116.    Paragraph 116 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

### E.  Plaintiff Reed Hawkins

117.    Defendants lack sufficient information to admit or deny the allegations of paragraph 117.

118.    Defendants lack sufficient information to admit or deny the allegations of paragraph 118.

119.    Defendants lack sufficient information to admit or deny the allegations of paragraph 119.

120.    Defendants lack sufficient information to admit or deny the allegations of paragraph 120.

121.    Defendants lack sufficient information to admit or deny the allegations of paragraph 121.

122.    Defendants lack sufficient information to admit or deny the allegations of paragraph 122.

123.    Paragraph 123 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

124.    Paragraph 124 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

125.    Paragraph 125 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

126.    Defendants lack sufficient information to admit or deny the allegations of paragraph 126, and on that basis deny them.

127.    Paragraph 127 consists of conclusory, argumentative statements and legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## CLASS ALLEGATIONS

128.    Paragraph 128 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

129.    Paragraph 129, and its subparts a. and b., consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

130.    Paragraph 130 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

131.    Paragraph 131 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

132.    Paragraph 132 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

133.    Paragraph 133 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

134.    Paragraph 134 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

135.    Paragraph 135, and its subparts a., b., c., d., e., and f., consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

136.    Paragraph 136 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

137.    Paragraph 137 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

138.    Paragraph 138 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

139.    Paragraph 139 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## CLAIMS

### COUNT I
### 42 U.S.C. § 2000d & 42 U.S.C. § 1983
### RACIAL DISCRIMINATION IN PRIORIZATION OF APPLICATIONS

140.    Defendants incorporate all prior paragraphs as though fully set forth herein.

141.    Paragraph 141 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

142.    Paragraph 142 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

143.    Paragraph 143 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

144.    Paragraph 144 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

145.    Paragraph 145 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

146.    Paragraph 146 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

147.    Paragraph 147 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

148.    Paragraph 148 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

149.    Paragraph 149 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

150.    Paragraph 150 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

151.    Paragraph 151 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

152.    Defendants deny the allegations in paragraph 152.

153.    Paragraph 153 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

154.    Paragraph 154 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

155.    Paragraph 155 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

156.    Paragraph 156 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

157.    Paragraph 157 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

158.    Paragraph 158 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

159.    Paragraph 159 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

160.    Paragraph 160 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

161.    Paragraph 161 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

162.    Paragraph 162 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

163.    Paragraph 163 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

164.    Paragraph 164 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

165.    Paragraph 165 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

166.    Paragraph 166 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

167.    Paragraph 167 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

168.    Paragraph 168 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

169.    Paragraph 169 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

170.    Paragraph 170 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

171.    Paragraph 171 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

172.    Paragraph 172 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## COUNT II
## 42 U.S.C. § 2000d & 42 U.S.C. § 1983
## RACIAL DISCRIMINATION IN MARKETING AND OUTREACH

173.    Defendants incorporate all prior paragraphs as though fully set forth herein.

174.    Defendants deny the allegations in paragraph 174.

175.    Defendants deny the allegations in paragraph 175.

176.    Paragraph 176 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

177.    Paragraph 177 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

178.    Paragraph 178 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

179.    Paragraph 179 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

180.    Paragraph 180 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

181.    Paragraph 181 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

182.    Paragraph 182 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

183.    Defendants deny the allegations in paragraph 183.

184.    Paragraph 184 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

185.    Paragraph 185 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

186.    Paragraph 186 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

187.    Paragraph 187 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

188.    Paragraph 188 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

189.    Paragraph 189 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

190.    Paragraph 190 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

191.    Paragraph 191 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

192.    Paragraph 192 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

193.    Paragraph 193 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

194.    Paragraph 194 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

195.    Paragraph 195 consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny.

## PRAYER FOR RELIEF

The prayer for relief consists of legal conclusions to which no response is required. To the extent that any response is required, Defendants deny each and every prayer in subsections a., b., c., d., e., f., g., and h.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

196.    Plaintiffs have not pled facts sufficient to establish a claim of race-based discrimination on behalf of themselves or the putative class, either by direct discrimination or disparate impact.

### SECOND AFFIRMATIVE DEFENSE
### (Standing)

197.    The named Plaintiffs lack standing because they cannot show injury-in-fact, causation, or redressability, and their claims are merely speculative.

### THIRD AFFIRMATIVE DEFENSE
### (Eleventh Amendment)

198.    The Defendants, as an agency and officers of the State of Missouri, assert immunity under the Eleventh Amendment.

### FOURTH AFFIRMATIVE DEFENSE
### (Lack of Intentional Discrimination)

199.    The Plaintiffs fail to plead and cannot show proof of discriminatory intent by Defendants.

## FIFTH AFFIRMATIVE DEFENSE
### (Disparate Impact Not Actionable)

200.    Disparate impact is insufficient to create liability under the Civil Rights Act of 1964 and its related implementing statutes, regulations, and case law, without direct evidence of discriminatory intent.

## SIXTH AFFIRMATIVE DEFENSE
### (Qualified Immunity)

201.    Individually named state officials as defendants assert qualified immunity under all applicable statutes and common laws.

## SEVENTH AFFIRMATIVE DEFENSE
### (Program Administered According to Federal Guidelines)

202.    Defendants were merely administering a federal program in accordance with federal mandates, rules, guidelines, regulations, and/or applicable laws, and had no discretion to implement discriminatory policies.

## EIGHTH AFFIRMATIVE DEFENSE
### (Laches / Waiver / Estoppel)

203.    Plaintiffs waited too long to assert their rights, and their conduct amounts to waiver, estoppel, or unreasonable delay that prejudices Defendants.

## NINTH AFFIRMATIVE DEFENSE
### (Neutral Criteria / Equal Treatment / Good Faith Compliance)

204.    The Defendants applied neutral criteria when administering the program. Defendants acted in good faith reliance on Treasury and federal guidance, and had no reason to believe the program would have a discriminatory impact.

## TENTH AFFIRMATIVE DEFENSE
### (Unclean Hands)

205.    Plaintiffs are barred from equitable relief due to their own unfair, dishonest, bad faith, or wrongful conduct.

## ELEVENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate / No Causation)

206.    Plaintiffs failed to take reasonable steps to minimize their damages, such as applying, reapplying, providing information, or correcting errors, and their failure to obtain funds under the program was caused by their own errors and omissions and not the actions of Defendants.

## TWELFTH AFFIRMATIVE DEFENSE
### (Mootness)

207.    The allegedly discriminatory program no longer exists, nor are the allegedly discriminatory guidelines, definitions, or regulations in effect, such that the issue has been resolved and the case is moot.

## THIRTEENTH AFFIRMATIVE DEFENSE
### (No Class Can Be Certified)

208.    The putative class fails to meet Rule 23 requirements for class certifications, and the representatives and proposed class counsel are not adequate.

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Sovereign Immunity)

209.   The Defendants, as an agency and officers of the State of Missouri, assert sovereign immunity under all available statutes, regulations, constitutions, and common laws.

## PRAYER FOR RELIEF

Defendants pray that this Court dismiss Plaintiffs' claims with prejudice, that it deny certification of the putative class and subclasses, that Plaintiffs take nothing in this suit, that the Court award Defendants all costs and fees incurred in defending against such claims, and that it grant such additional relief that the Court deems proper.

## JURY DEMAND

Defendants demand a jury.

Dated: May 19, 2025                     Respectfully submitted,

**ANDREW BAILEY**
Attorney General

*/s/ Alicia I. Dearn*
Alicia I. Dearn, Mo. Bar #64623
Assistant Attorney General
815 Olive Street, Suite 200
St. Louis, MO 63101
Alicia.Dearn@ago.mo.gov

*Attorney for Defendants*